1 PHILLIP A. TALBERT
United States Attorney
2 CHAN HEE CHU
Special Assistant United States Attorney
3 MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 1:22-po-00146-SAB |
| 12           Plaintiff, | [Citation #FBHB001U CA/42] |
| 13 v. | |
| 14 JOHN A. BUCK | MOTION AND ORDER FOR DISMISSAL |
| 15           Defendant. | |

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and
19 Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-
20 00146-SAB [Citation #FBHB001U CA/42] against JOHN A. BUCK, without prejudice, in the interest
21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23 DATED: October 11, 2022                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                       By:   /s/ *Chan Hee Chu*
                                              CHAN HEE CHU
                                              Special Assistant United States Attorney

1

U.S. v. Buck
Case No. 1:22-po-000146-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00146-SAB [Citation #FBHB001U CA/42] against JOHN A. BUCK be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE